**Affirmed and Memorandum Majority and Concurring Opinions filed July 9, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00382-CV

---

## IN RE THE COMMITMENT OF REX ALLEN TULL

---

**On Appeal from the 262nd District Court
Harris County, Texas
Trial Court Cause No. 0995569Z**

---

### MEMORANDUM CONCURRING OPINION

Tull did not preserve at trial a complaint for appellate review on his second and third issues related to the admissibility of evidence concerning his membership in a cult. *See* Tex. R. Evid. 103(a); Tex. R. App. P. 33.1(a). I therefore do not reach the merits on his second and third issues.

I otherwise join the majority opinion and concur in the judgment.


/s/  Charles A. Spain
    Justice


Panel consists of Justices Bourliot, Zimmerer, and Spain (Bourliot, J., majority).